CLERK
SUPREME COURT, COURT OF APPEALS, AND TAX COURT
STATE OF INDIANA
216 STATE HOUSE, INDIANAPOLIS, IN 46204
317-232-1930 • FAX: 317-232-8365

Kevin S. Smith
Clerk

RECEIVED
JUN 04 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

1:12-mc-0053 RLY -DML

Cause Number
94S00-1206-MS-00302
Lower Court Number:
N/A

CLERK, U.S. DISTRICT COURT - SOUTHERN
105 U.S. COURTHOUSE
46 E. OHIO STREET
INDIANAPOLIS, IN 46204

MTR. OF FAILURE TO COMPLY WITH CLE AND/OR NONPAYMENT OF FEES

You are hereby notified that the SUPREME COURT has on this day 6/01/12 ISSUED THE ENCLOSED ORDER:

FILED
JUN 04 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

WITNESS my name and the seal of said Court,

this 1ST day of JUNE, 2012

Kevin S. Smith

Clerk, Supreme Court, Court of Appeals and Tax Court

FILED
JUN - 1 2012
CLERK OF THE INDIANA SUPREME COURT COURT OF APPEALS AND TAX COURT

# In the Indiana Supreme Court

IN THE MATTER OF FAILURE )
TO COMPLY WITH CONTINUING )
LEGAL EDUCATION REQUIREMENTS )
and/or NONPAYMENT OF ATTORNEY )
REGISTRATION FEES

Cause No. 94S00-1206-MS-302

FILED
JUN 04 2012
U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

1:12-mc-0053 RLY -DML

**ORDER OF SUSPENSION OF CERTAIN ATTORNEYS**
**FOR FAILURE TO PAY ATTORNEY REGISTRATION FEES**
**and/or**
**FAILURE TO COMPLY WITH**
**CONTINUING LEGAL EDUCATION REQUIREMENTS**

The Clerk of the Court has notified this Court that certain attorneys have failed either to pay the annual registration fee required for them to be licensed to practice law in Indiana, or to file an exemption affidavit as contemplated by Indiana Admission and Discipline Rule 2. In addition, the Indiana Commission for Continuing Legal Education has notified the Court that certain attorneys have failed to comply with the continuing legal education requirements of Admission and Discipline Rule 29, Sections 3 or 10.

The Court finds that the attorneys listed on Exhibit A, which is attached to and expressly made a part of this order, have not complied with the Admission and Discipline Rules mentioned above, the basis or bases of their noncompliance being listed to the immediate right of each attorney's bar number. Accordingly, this Court finds that such attorneys should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana.

Although the suspension is effective as of the date of this order for purposes of the reinstatement procedures that must be followed and/or any reinstatement fees that must be paid for reinstatement, the Court directs that the proscription against the actual practice of law will go into effect at 12:01 a.m. Eastern Daylight Savings Time on **Friday, June 22, 2012**. The delay from the date of this order to the suspension date is for the sole purpose of allowing time for copies of this order to be sent, received, and acted upon by the suspended attorneys.

Any attorney whose name appears on Exhibit A may be reinstated by complying with the applicable reinstatement procedures and by paying any applicable penalties. The reinstatement procedure for nonpayment of attorney fees can be found in Indiana Admission and Discipline Rule

2(h). The reinstatement procedure for failure to comply with continuing legal education requirements can be found in Indiana Admission and Discipline Rule 29, section 10(b). These rules can be found at http://www.in.gov/judiciary/rules/ad_dis/index.html.

Certain attorneys may have asked the Commission for extensions of time within which to comply with the Rules governing continuing legal education requirements. If the Commission has decided that sufficient reasons exist to grant an extension, as provided in Admission and Discipline Rule 29, Section 8, then the attorney's name will not appear on the list of suspended attorneys attached to this order.

The Clerk of this Court is directed to forward a copy of this Order and the suspension list, Exhibit A, to the Executive Secretary of the Indiana Supreme Court Disciplinary Commission; to the Executive Director of the Indiana Board of Law Examiners; to the Executive Director of the Indiana Commission for Continuing Legal Education; to the Supreme Court Administration Office; to the Executive Director of the Division of State Court Administration; to the Indiana State Bar Association; to the Clerk of the U.S. District Court for the Southern District of Indiana; to the Clerk of the U.S. District Court for the Northern District of Indiana; to each of the attorneys listed on Exhibit A whose address is on the roll of attorneys; and to all Clerks of the Circuit Courts of this State who, with the aid of the Judge of the Circuit Court in which that Clerk serves, shall post this Order for examination by the members of the bar.

The Clerk of this Court is also directed to post this order to the Court's website.

Done at Indianapolis, Indiana, this 1st day of June, 2012.

Brent E. Dickson
Chief Justice of Indiana

All Justices concur.